FILED
2015 Mar-02  PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RODERICK GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:13-cv-00748-LSC |
| | ) | |
| TASA GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, the following rulings are hereby entered:

1) The Magistrate Judge's report and recommendation (doc. 23) is hereby ADOPTED and ACCEPTED and defendant, Leonard Schwartz d/b/a Schwartz & McClure is hereby DISMISSED WITH PREJUDICE from this action.

2) The motions to dismiss (docs. 7, 14, 39, and 56) are hereby GRANTED and this action is dismissed for lack of subject matter jurisdiction. The federal FDCPA and RICO claims in the complaint (counts IV and V) are hereby DISMISSED WITH PREJUDICE. The state law fraud, theft of property, negligent and wanton hiring, training, supervision and

retention claims (counts I, II, and III), as well as the accompanying state law requests for a temporary restraining order, preliminary injunction, and permanent injunction (Counts VI, VII, and VIII) are hereby DISMISSED WITHOUT PREJUDICE with leave to file in state court.

3) Plaintiff's motion to amend his complaint (within doc. 12) is DENIED; and

4) Plaintiff's motion to strike (doc. 32) is hereby DENIED AS MOOT.

Done this 2nd day of March 2015.

L. Scott Coogler
United States District Judge
[160704]